UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARY MOLDEN** | * | CIVIL ACTION |
| | * | DOCKET NO. 3:09 –cv-01016 |
| **VERSUS** | | |
| | * | JUDGE JAMES J. BRADY |
| **UNION PACIFIC RAILROAD,** | * | MAG. JUDGE DOCIA DALBY |
| **And ABC INSURANCE COMPANY** | | |

## ORDER AND DISMISSAL

Considering the foregoing Joint Motion for Dismissal filed on behalf of plaintiff, Mary Molden and defendant, Union Pacific Railroad Company;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the claims against Union Pacific Railroad Company, be and are hereby dismissed with prejudice;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each party shall bear their own costs.

Baton Rouge, Louisiana, April 6th, 2010.

JUDGE
James J. Brady
U.S.D.J.